**No. P68/193.**—Novelty Import Co., Inc. *v.* United States, protest 60/12156 (New York).

**No. P68/194.**—Novelty Import Co., Inc., et al. *v.* United States, protests 66/38607, etc. (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct 489, C.D. 2686), the claim of the plaintiffs was sustained.